UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:13-CR-00093 |
| | ) CHIEF JUDGE HAYNES |
| JOHN A. NASRAT | ) |

**DEFENDANT NASRAT'S MOTION REQUESTING BRIEF CONTINUANCE OF CHANGE OF PLEA HEARING**

*[Handwritten annotation: ORDER. This motion is GRANTED. The hearing is reset for September 26, 2014 at 3:30 pm. It is so ordered. [signature] 9-12-14]*

COMES NOW the Defendant, JOHN A. NASRAT, by and through undersigned counsel, and hereby requests a two week continuance of the plea hearing currently scheduled for today, Friday, September 12, 2014 at 1:30 (Docket No. 57); Mr. Nasrat moves the court to continue the change of plea hearing to a time on or around September 26, 2014, at a time and date convenient for the Court. In support of this motion, Mr. Nasrat submits the following:

Mr. Nasrat's change of plea hearing is currently scheduled for Friday, September 12, 2014 at 1:30 p.m. (Docket No. 57).

In the days leading up to the September 12, 2014 change of plea hearing, several modifications of the plea agreement have been made. In light of those modifications an additional issue has come to undersigned counsel's attention that she needs to confirm and discuss with Mr. Nasrat prior to the entry of the plea. Undersigned counsel notes that the guideline calculations related to Mr. Nasrat's case, including relevant conduct have been somewhat complicated, reqiring additional time to review Mr. Nasrat's plea agreement and its implications.

The instant request is made in an attempt to ensure that Mr. Nasrat receive constitutionally effective assistance of counsel and should only take several weeks to resolve.

Undersigned counsel has conferred with Assistant United States Attorney Brent Hannafan